## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**TIMOTHY BAUER,**

       **Plaintiff,**

**v.**                              **Case No.  5:20-cv-320-TKW-MJF**

**JACKSON CORRECTIONAL
INSTITUTION, et al.,**

       **Defendants.**
_____/

## ORDER

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 14).  No objections were filed.  Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed because Plaintiff is deceased and no motion for substitution has been filed.  *See* Fed. R. Civ. P. 25(a)(1). Accordingly, it is

**ORDERED** that:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.      This case is **DISMISSED** pursuant to Fed. R. Civ. P. 25(a)(1), and the

Clerk shall close the case file.

**DONE AND ORDERED** this 26th day of July, 2021.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**